**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7221**

─────────

MICHAEL KENNEDY,

                              Petitioner - Appellant,

        versus

JOHN M. VANYUR,

                              Respondent - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-98-947-BR)

─────────

Submitted:  January 20, 2000        Decided:  February 1, 2000

─────────

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Michael Kennedy, Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Kennedy appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motion for leave to proceed in forma pauperis on appeal. We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge, and the order denying leave to proceed in forma pauperis, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kennedy v. Vanyur, No. CA-98-947-BR (E.D.N.C. Aug. 25, 1999 & Oct. 15, 1999). We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED